UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
                                         :
IN THE MATTER OF THE APPLICATION OF      :      No. _____ (DLC)
NEW INSPIRATION BROADCASTING CO.,        :
INC., ET AL.,                            :      ORDER
                                         :
                                         :
---------------------------------------- X
                                         :
RELATED TO                               :
                                         :
UNITED STATES OF AMERICA,                :      41cv1395 (DLC)
                         Plaintiff,      :
                                         :
        -v-                              :
                                         :
AMERICAN SOCIETY OF COMPOSERS, AUTHORS   :
AND PUBLISHERS,                          :
                         Defendant.      :
                         Defendant.      :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2015

DENISE COTE, District Judge:

On December 30, 2015, the National Religious Broadcasters Music License Committee, New Inspiration Broadcasting Co., Inc., and the American Society of Composers, Authors, and Publishers (ASCAP) filed a joint application for the determination of a reasonable final license fee (Document No. 743). The joint application was filed under the docket number 41 Civ. 1395. Accordingly, it is hereby

ORDERED that the Clerk of Court shall assign a new civil docket number to the application.

IT IS FURTHER ORDERED that the applicant shall pay the filing fee associated with the petition.

IT IS FURTHER ORDERED that the Clerk of Court shall maintain a separate file and docket sheet for the application, which shall state that it is "Related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395."

IT IS FURTHER ORDERED that the Clerk of Court shall make a contemporaneous notation in the docket of <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395, that a new application has been filed, setting forth for each its caption and its docket number.

IT IS FURTHER ORDERED that the parties shall display on all submissions the application's unique caption and docket number, as well as the designation "Related to <u>United States v. American Society of Composers, Authors, and Publishers</u>, 41 Civ. 1395."

Dated:   New York, New York
         December 30, 2015

                                          _____
                                                   DENISE COTE
                                          United States District Judge