UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF NEW INSPIRATION BROADCASTING CO., INC., *et al.*, <br><br> Applicants, <br><br> For Licenses For Their Radio Broadcasting Stations. | No. _____ (DLC) <br><br><br> **JOINT APPLICATION FOR THE DETERMINATION OF REASONABLE FINAL LICENSE FEES FOR ASCAP LICENSES** |
| *Related to* <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, <br><br> Defendant. | No. 41 CV 1395 (DLC) |

The American Society of Composers, Authors and Publishers ("ASCAP") and applicant New Inspiration Broadcasting Co., Inc., on its own behalf and on behalf of certain owners of commercial radio broadcast stations represented by the National Religious Broadcasters Music License Committee ("NRBMLC") (collectively, "Applicants"), hereby jointly apply to this Court, pursuant to Section IX(A) of the Second Amended Final Judgment entered in *United States v. Am. Soc'y of Composers, Authors and Publishers*, Civ. No. 41-1935 (S.D.N.Y. June 11, 2001) ("AFJ2"), for a determination of reasonable final license fees for licenses covering Applicants' public

performances of musical works in the ASCAP repertory as are encompassed by the NRBMLC license request dated December 21, 2007 (attached as Exhibit 1 hereto). Specifically, Applicants, the owners and/or FCC licensees of approximately 500 commercial radio broadcast stations (the "Stations"), seek a determination of reasonable final license fees for the Stations' performances of music in the ASCAP repertory given by means of over-the-air broadcast transmissions, digital "HD" transmissions, translators, and transmissions over the Stations' Internet and wireless platforms, or any other platform owned and operated by a station that is capable of displaying or disseminating a Station's transmissions. Applicants' request also includes, as applicable, online or wireless transmissions of music in the ASCAP repertory made by entities under common ownership or control with the Stations' owners. A current list of the Stations is attached hereto as Exhibit 2.

Applicants seek reasonable blanket license fees and reasonable per-program period license fees and license terms for performances as described above, transmitted in the United States for periods commencing January 1, 2008.

### The Parties

1.     ASCAP represents the musical works of over 550,000 composer and music publisher members. ASCAP's members' works span the widest array of genres, from popular music, rock, alternative and country, to gospel, Christian, classical, and jazz. Today, ASCAP's repertory contains many millions of copyrighted musical works. ASCAP is an unincorporated association that operates on a nonprofit basis, collecting license fees and distributing the monies it collects as royalties, after deduction of operating expenses.

2.    The NRBMLC represents in music licensing matters the collective interests of a particular group of commercial radio stations in the United States that, due to their particular formats, or otherwise, are not represented by the Radio Music License Committee ("RMLC").    Among other things, many of the stations represented by the NRBMLC perform relatively limited amounts of copyrighted music.    To that end, the NRBMLC has negotiated and/or conducted litigation in proceedings such as this concerning license fees and license terms for the public performances of music by local commercial radio broadcasts throughout the country.    As a result, following the conclusion of negotiations and rate-setting proceedings between the NRBMLC and ASCAP (sometimes referred to hereinafter as "Parties"), hundreds of commercial radio stations have entered into license agreements with ASCAP based on the outcome of those negotiations or court proceedings.

### Prior Dealings Between the Parties

3.    The NRBMLC has represented a specific segment of the commercial radio industry in music licensing negotiations with ASCAP for decades.    In *U.S. v. ASCAP, Application of Salem Media*, 981 F. Supp. 199 (S.D.N.Y. 1997), this Court (Conner, J.) determined that the stations represented by the NRBMLC were not similarly situated with the radio stations represented by the RMLC.    The NRBMLC and ASCAP subsequently negotiated appropriate forms of licenses for the stations represented by the NRBMLC. After expiration of those licenses, the NRBMLC reached agreement with ASCAP on final blanket and per-program forms of license agreements covering the years 2003-2007 (the "2003-2007 Licenses").    Those commercial radio stations that were members of the NRBMLC or otherwise agreed to be bound by the NRBMLC's negotiations or rate-

3

setting proceedings with ASCAP were licensed on the basis of those forms of license for the 2003-2007 period.

4.     On December 21, 2007 the NRBMLC requested on behalf of some 500 stations licenses from ASCAP to cover specified performances of musical works in the ASCAP repertory for periods commencing January 1, 2008. *See* Exhibit 1. Thereafter, the Parties agreed that the stations represented by the NRBMLC would continue to report and pay license fees to ASCAP calculated on the basis of their ASCAP licenses in effect for periods prior to January 1, 2008, subject to retroactive adjustment to that date as provided in any agreed upon, or court-determined, license terms. Since January 1, 2008, the Parties have negotiated in good faith to attempt to reach agreement on license fees and license terms for periods *post* that date.

## Jurisdiction

5.     This Court has continuing jurisdiction over the setting of reasonable license fees for the public performance of works in the ASCAP repertory pursuant to Sections IX and XIV of AFJ2.

6.     ASCAP and the NRBMLC, on behalf of Applicants, jointly commence this proceeding pursuant to Section IX(A) of AFJ2, which permits a music user or ASCAP to apply to the Court for a determination of a reasonable fee, in order that the Court may enter an Order as described below.

### Relief Requested

7.     The Parties have recently reached agreement on final license fees and license terms for the period January 1, 2008 through December 31, 2018, as set forth in the proposed Final Order being submitted to the Court with this Joint Application. On

May 21, 2015, the Parties notified the Stations of the agreed upon final license fees and terms, informed the Stations that they intended to seek the Court's approval of the new licenses, and told the Stations that "if you have any objections to the proposed new license terms negotiated by the NRBMLC and ASCAP, please notify the NRBMLC in writing, within seven (7) days at the Email address below." To date, no such objections have been received by the Parties. Accordingly, ASCAP and the Applicants respectfully request that the Court enter the proposed Final Order that, *inter alia*, memorializes their agreement as to license fees and license terms; directs ASCAP to offer to the Applicants the agreed-upon form of license agreement attached to the Proposed Final Order; and makes clear that the Stations represented by the NRBMLC shall be bound by the terms of the Final Order.

Dated: Dec. 29, 2015
New York, New York

Respectfully submitted,

WILEY REIN LLP

By: _Bruce G. Joseph_
Bruce G. Joseph

1776 K Street NW
Washington, DC 2006
Phone: 202-719-7000
Fax: 202-719-7049
Email: bjoseph@wileyrein.com

*Attorneys for the National Religious*
*Broadcasters Music License Committee and*
*the New Inspiration Broadcasting Co., Inc.,*
*et al.*

5

AMERICAN SOCIETY OF COMPOSERS,
AUTHORS AND PUBLISHERS

By: 

Richard H. Reimer
Sam Mosenkis
American Society of Composers, Authors
and Publishers
One Lincoln Plaza
1900 Broadway
New York, New York 10023
Phone: 212-621-6200
Fax: 212-787-1381
Email: rreimer@ascap.com
 smosenkis@ascap.com

*Attorneys for the American Society of
Composers, Authors and Publishers*

# EXHIBIT 1



Advocating Fairness in
Music Licensing for
Specialty and Talk Radio

Edward G. Atsinger III, Chairman
Russell R. Hauth, Executive Director

**VIA FEDERAL EXRESS**

December 21, 2007

Mr. Ray Schwind
ASCAP
One Lincoln Plaza
New York, NY  10023

   Re:  Application Pursuant to Consent Decree Section IX

Dear Ray:

   In light of the rapid approach of December 31, 2007, and our slow, but ongoing discussions, we are sending you this letter as a formality to document our intent (and, we expect, ASCAP's) that the local radio stations represented by the NRB Music License Committee (the "NRBMLC") continue to be licensed by ASCAP as of January 1, 2008.  Accordingly, pursuant to Section IX of ASCAP's consent decree, as amended, the NRBMLC hereby requests, on behalf of the radio stations it represents, licenses to perform the compositions in ASCAP's repertory by over-the-air analog and digital radio broadcasts and Internet "webcast" transmissions of the over-the-air broadcast programming, either directly or through the facilities of intermediaries.  This application includes a request for licenses that reasonably recognize the limited amounts of music performed by many of the NRBMLC-represented stations and applies only to the extent that performances are not otherwise licensed (for example, and without limitation, by streaming through a licensed intermediary) and require a license under copyright law.

   All correspondence regarding this matter should be directed to me, at the below address, with copies to NRBMLC Counsel, Bruce Joseph.

   I look forward to discussing this matter with you.

         Very truly yours,

         Russell R. Hauth
         Executive Director

cc:  Bruce Joseph, Esq.
    Vincent Candilora
    Edward G. Atsinger III

**4880 Santa Rosa Road,  Camarillo, CA  93012   Phone (805)987-0400 ext. 1012  Fax (805)384-4522**

# EXHIBIT 2

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| KAGC | AM | Bryan Broadcasting Lic Sub Inc | 16983 | Bryan | TX | 1/1/2010 | |
| KAIM | FM | Salem Media Corporation | 10950 | Honolulu | HI | 1/1/2008 | |
| KAJN | FM | Agape Broadcasters, Inc. | 56098 | Crowley | LA | 1/1/2010 | |
| KAPR | AM | Good News Broadcasting Inc | 68768 | Douglas | AZ | 6/1/2001 | 7/31/2012 |
| KART | AM | Kart Broadcasting Co., Inc. | 33445 | Jerome | ID | 1/1/2008 | 4/30/2012 |
| KATY | FM | All Pro Broadcasting | 33611 | Idyllwild | CA | 1/1/2008 | |
| KAYX | FM | Bott Radio Network | 6508 | Richmond | MO | 1/1/2008 | |
| KBCL | AM | Barnabas Center Ministries | 55968 | Bossier City | LA | 1/1/2010 | |
| KBCV | AM | Bott Radio Network | 129517 | Hollister | MO | 1/1/2008 | |
| KBGN | AM | Wilson, Nelson & Karen. | 48249 | Caldwell | ID | 1/1/2008 | |
| KBIF | AM | Gore-Overgaard Broadcasting | 9226 | Fresno | CA | 1/1/2008 | |
| KBIQ | FM | Salem Media Corporation | 73073 | Manitou Springs | CO | 1/1/2008 | |
| KBJD | AM | Salem Media Corporation | 87151 | Denver | CO | 1/1/2010 | |
| KBRT | AM | Crawford Broadcasting Co. | 34588 | Avalon | CA | 1/1/2008 | |
| KBXL | FM | KSPD Inc | 35628 | Caldwell | ID | 1/1/2008 | |
| KCAT | AM | Elijah Mondy Jr | 30138 | Pine Bluff | AR | 1/1/2010 | |
| KCBC | AM | Crawford Broadcasting Co. | 34587 | Manteca | CA | 1/1/2008 | |
| KCBQ | AM | Salem Media Corporation | 13509 | San Diego | CA | 1/1/2008 | |
| KCCV | AM | Bott Radio Network | 6491 | Overland Park | KS | 1/1/2008 | |
| KCCV | FM | Bott Radio Network | 6492 | Olathe | KS | 1/1/2008 | |
| KCEE | AM | Good News Communications, Inc. | 24590 | Tucson | AZ | 6/1/2009 | |
| KCFO | AM | Friendship Broadcasting LP | 22665 | Tulsa | OK | 1/1/2008 | 10/31/2015 |
| KCGS | AM | Southland Broadcasting Corp. | 56054 | Marshall | AR | 1/1/2010 | 12/31/2012 |
| KCIV | FM | Bott Radio Network | 6504 | Mount Bullion | CA | 1/1/2008 | |
| KCMI | FM | Christian Media Inc | 11069 | Terrytown | NE | 1/1/2008 | |
| KCNW | AM | Wilkins Communications Network Inc. | 10826 | Fairway | KS | 1/1/2008 | |
| KCRO | AM | Salem Media Corporation | 54902 | Omaha | NE | 1/1/2008 | |
| KCTA | AM | Broadcasting Corporation of the Sou | 7093 | Corpus Christi | TX | 1/1/2008 | |
| KCVT | FM | Bott Radio Network | 56244 | Silver Lake | KS | 1/1/2008 | |
| KCXX | FM | All Pro Broadcasting | 2398 | Lake Arrowhead | CA | 1/1/2008 | |
| KDAR | FM | Salem Media Corporation | 3077 | Oxnard | CA | 1/1/2008 | |
| KDAZ | AM | Pan American Broadcasting | 51424 | Albuquerque | NM | 1/1/2008 | |
| KDB | FM | Pacific Broadcasting Company | 51169 | Santa Barbara | CA | 1/1/2008 | 8/31/2014 |
| KDIS | FM | Salem Media Corporation | 47309 | Little Rock | AR | 2/1/2014 | |
| KDLF | AM | Truth Broadcasting | 6416 | Boone | IA | 1/1/2010 | 7/31/2011 |
| KDOW | AM | Salem Media Corporation | 65485 | Palo Alto | CA | 1/1/2008 | |
| KDRY | AM | KDRY Radio Inc | 47666 | Alamo Heights | TX | 1/1/2008 | |
| KDZY | FM | KSPD Inc | 82884 | Mccall | ID | 1/1/2008 | |
| KELP | AM | McClatchey Broadcasting | 40831 | El Paso | TX | 1/1/2010 | |
| KERI | AM | Wilkins Communications Network Inc. | 6640 | Bakersfield | CA | 1/1/2015 | |
| KEXB | AM | Salem Media Corporation | 49320 | Plano | TX | 10/1/2015 | |
| KEYS | AM | Malkan Interactive Communications, LLC | 39715 | Corpus Christi | TX | 1/1/2008 | |
| KFAX | AM | Salem Media Corporation | 24510 | San Francisco | CA | 1/1/2008 | |
| KFIA | AM | Salem Media Corporation | 50300 | Carmichael | CA | 1/1/2008 | |
| KFIS | FM | Salem Media Corporation | 50553 | Scappoose | OR | 1/1/2010 | |
| KFSH | FM | Salem Media Corporation | 2195 | Anaheim | CA | 1/1/2008 | |
| KGBI | FM | Salem Media Corporation | 24713 | Omaha | NE | 1/1/2010 | |
| KGDN | FM | Read Broadcasting Network | 71636 | Pasco | WA | 1/1/2010 | |
| KGFL | AM | King-Sullivan Radio | 71396 | Clinton | AR | 1/1/2008 | |
| KGFT | FM | Salem Media Corporation | 20579 | Pueblo | CO | 1/1/2008 | |
| KGGR | AM | Mortenson Broadcasting Co. | 8099 | Dallas | TX | 1/1/2010 | |
| KGLE | AM | Friends of Christian Radio Inc | 11016 | Glendive | MT | 1/1/2008 | |
| KGMS | AM | Good News Communications, Inc. | 53592 | Tucson | AZ | 1/1/2008 | |
| KGNB | AM | New Braunfels Communications | 48378 | New Braunfels | TX | 1/1/2008 | |
| KGNC | AM | MCC Radio, LLC | 63159 | Amarillo | TX | 1/1/2008 | |
| KGNM | AM | Orama, Inc. | 50511 | St. Joseph | MO | 1/1/2010 | |
| KGNW | AM | Salem Media Corporation | 28819 | Burien-seattle | WA | 1/1/2008 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| KGRV | AM | Pacific Cascade Communications | 51181 | Redding | CA | 1/1/2010 | |
| KGU | AM | Salem Media Corporation | 53705 | Honolulu | HI | 1/1/2008 | |
| KGU | FM | Salem Media Corporation | 641 | Honolulu | HI | 1/1/2010 | |
| KGVW | AM | Gallatin Valley Witness, Inc. | 11011 | Belgrade | MT | 1/1/2008 | |
| KHAC | AM | Western Indian Ministries Inc. | 71796 | Tse Bonito | NM | 1/1/2010 | |
| KHCA | FM | KHCA Inc | 34525 | Wamego | KS | 1/1/2010 | |
| KHCM | AM | Salem Media Corporation | 10934 | Honolulu | HI | 1/1/2008 | |
| KHCM | FM | Salem Media Corporation | 34620 | Honolulu | HI | 1/1/2008 | |
| KHNR | AM | Salem Media Corporation | 16742 | Honolulu | HI | 1/1/2010 | |
| KHRT | AM | Faith Broadcasting Inc. | 20483 | Minot | ND | 1/1/2010 | |
| KHRT | FM | Faith Broadcasting Inc. | 20488 | Minot | ND | 1/1/2010 | |
| KHVN | AM | Mortenson Broadcasting Co. | 63780 | Fort Worth | TX | 1/1/2010 | |
| KIAM | AM | Voice for Christ Ministries, Inc. | 70450 | Nenana | AK | 1/1/2008 | |
| KIDR | AM | Gore-Overgaard Broadcasting | 6383 | Phoenix | AZ | 2/1/2009 | 12/31/2012 |
| KIOU | AM | Wilkins Communications Network Inc. | 33714 | Shreveport | LA | 12/1/2008 | |
| KIRV | AM | Gore-Overgaard Broadcasting | 48513 | Fresno | CA | 1/1/2008 | 2/28/2013 |
| KJAA | AM | Good News Broadcasting Inc | 24161 | Globe | AZ | 1/1/2008 | 10/31/2008 |
| KJAK | FM | Williams Broadcasting Group | 72773 | Slaton | TX | 1/1/2008 | |
| KJIW | FM | Elijah Mondy Jr | 19237 | Helena | AR | 1/1/2010 | |
| KJJR | AM | Bee Broadcasting | 4578 | Whitefish | MT | 1/1/2008 | |
| KJRG | AM | Bott Radio Network | 35021 | Newton | KS | 1/1/2008 | |
| KJSL | AM | Crawford Broadcasting Co. | 73299 | St. Louis | MO | 1/1/2008 | 9/30/2013 |
| KJTX | FM | Wisdom Ministries, Inc. | 73065 | Jefferson | TX | 1/1/2010 | |
| KKBA | FM | Malkan Interactive Communications, LLC | 34918 | Kingsville | TX | 1/1/2010 | |
| KKFS | FM | Salem Media Corporation | 56366 | Lincoln | CA | 1/1/2008 | |
| KKGM | AM | Mortenson Broadcasting Co. | 87147 | Ft. Worth | TX | 1/1/2010 | |
| KKGO | FM | Mount Wilson FM Broadcasters | 43939 | Los Angeles | CA | 1/1/2008 | |
| KKHT | FM | Salem Media Corporation | 57801 | Winnie | TX | 1/1/2008 | |
| KKIM | AM | Wilkins Communications Network Inc. | 25524 | Albuquerque | NM | 1/1/2015 | |
| KKLA | FM | Salem Media Corporation | 48453 | Los Angeles | CA | 1/1/2008 | |
| KKLL | AM | New Life Evangelistic Center Inc. | 17128 | Webb City | MO | 1/1/2010 | |
| KKLO | AM | New Life Evangelistic Center Inc. | 10345 | Leavenworth | KS | 1/1/2010 | |
| KKMC | AM | Monterey County Broadcasters Inc | 43603 | Gonzales | CA | 1/1/2008 | |
| KKMO | AM | Salem Media Corporation | 33301 | Tacoma | WA | 1/1/2008 | 12/31/2010 |
| KKMS | AM | Salem Media Corporation | 18518 | Eagan | MN | 1/1/2008 | |
| KKNO | AM | Robert C. Blakes Enter. Inc. | 56784 | Gretna | LA | 1/1/2010 | |
| KKNT | AM | Salem Media Corporation | 13508 | Phoenix | AZ | 1/1/2008 | |
| KKOL | AM | Salem Media Corporation | 20355 | Seattle | WA | 1/1/2008 | |
| KKOL | FM | Salem Media Corporation | 70384 | Aiea | HI | 1/1/2010 | |
| KKPZ | AM | Crawford Broadcasting Co. | 4113 | Portland | OR | 1/1/2008 | |
| KKSP | FM | Salem Media Corporation | 39751 | Bryant | AR | 10/1/2015 | |
| KKVV | AM | Las Vegas Broadcasters | 36642 | Las Vegas | NV | 1/1/2008 | |
| KKXX | AM | Butte Broadcasting Company Inc | 7909 | Paradise | CA | 1/1/2008 | |
| KLBW | AM | Chapel of Light | 6559 | New Boston | TX | 1/1/2010 | |
| KLDC | AM | Crawford Broadcasting Co. | 12364 | Brighton | CO | 1/1/2008 | |
| KLEX | AM | Bott Radio Network | 6507 | Lexington | MO | 1/1/2008 | |
| KLFE | AM | Salem Media Corporation | 12031 | Seattle | WA | 1/1/2008 | |
| KLHC | AM | Gore-Overgaard Broadcasting | 61420 | Bakersfield | CA | 1/1/2008 | 1/31/2014 |
| KLHT | AM | Calvary Chapel Honolulu | 8415 | Honolulu | HI | 1/1/2008 | |
| KLIC | AM | Media Ministries | 22171 | Richwood | LA | 1/1/2008 | 2/28/2013 |
| KLIV | AM | Empire Broadcasting Corp | 19531 | San Jose | CA | 1/1/2008 | |
| KLJT | FM | Waller Broadcasting | 57204 | Jacksonville | TX | 1/1/2008 | 12/31/2008 |
| KLJY | FM | Lutheran Church-Missouri Synod | 65924 | Clayton | MO | 1/1/2008 | 6/30/2010 |
| KLLB | AM | United Security Financial Inc | 68865 | West Jordan | UT | 1/1/2010 | |
| KLNG | AM | Wilkins Communications Network Inc. | 72464 | Council Bluffs | IA | 1/1/2008 | |
| KLTE | FM | Bott Radio Network | 66670 | Kirksville | MO | 1/1/2008 | |
| KLTT | AM | Crawford Broadcasting Co. | 35191 | Commerce City | CO | 1/1/2008 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| KLTY | FM | Salem Media Corporation | 2809 | Arlington | TX | 1/1/2010 | |
| KLUP | AM | Salem Media Corporation | 34975 | Terrell Hills | TX | 1/1/2008 | |
| KLVZ | AM | Crawford Broadcasting Co. | 35089 | Denver | CO | 1/1/2010 | |
| KLZ | AM | Crawford Broadcasting Co. | 35088 | Denver | CO | 1/1/2010 | |
| KMAN | AM | Seaton Stations | 39783 | Manhattan | KS | 1/1/2008 | |
| KMHM | FM | SOUTHERN GOSPETALITY LLC | 26174 | Lutesville | MO | 1/1/2008 | |
| KMVG | AM | Mortenson Broadcasting Co. | 41561 | Gladstone | MO | 1/1/2010 | |
| KMZT | FM | Mount Wilson FM Broadcasters | 183343 | Big Sur | CA | 1/1/2014 | |
| KNDI | AM | Broadcast House of the Pacific | 37065 | Honolulu | HI | 1/1/2008 | 7/31/2013 |
| KNDR | FM | Central Dakota Enterprises | 9869 | Mandan | ND | 1/1/2008 | |
| KNOF | FM | Selby Gospel Broadcasting | 59624 | St. Paul | MN | 1/1/2008 | |
| KNPT | AM | Yaquina Bay Communications Inc | 9853 | Newport | OR | 1/1/2008 | |
| KNRY | AM | Mount Wilson FM Broadcasters | 35276 | Los Angeles | CA | 1/1/2015 | |
| KNSN | AM | Crawford Broadcasting Co. | 30831 | San Diego | CA | 9/1/2014 | |
| KNTH | AM | Salem Media Corporation | 61174 | Houston | TX | 1/1/2008 | |
| KNTS | AM | Salem Media Corporation | 87153 | Seattle | WA | 1/1/2010 | |
| KNUS | AM | Salem Media Corporation | 42377 | Denver | CO | 1/1/2008 | |
| KNXN | AM | Good News Communications, Inc. | 57528 | Sierra Vista | AZ | 1/1/2008 | |
| KOKE | FM | REO Radio Group, LLC | 88370 | Thorndale | TX | 1/1/2010 | 4/30/2015 |
| KOLE | AM | Voice in the Wilderness Broadcastin | 62238 | Port Arthur | TX | 1/1/2008 | 2/29/2008 |
| KOMY | AM | Zwerling Broadcasting Systems | 22694 | La Selva Beach | CA | 1/1/2008 | |
| KOTK | AM | Salem Media Corporation | 50307 | Omaha | NE | 1/1/2008 | |
| KPCL | FM | Voice Ministries Of Farmington | 70444 | Farmington | NM | 1/1/2010 | |
| KPDQ | AM | Salem Media Corporation | 58628 | Portland | OR | 1/1/2008 | |
| KPDQ | FM | Salem Media Corporation | 58629 | Portland | OR | 1/1/2008 | |
| KPRO | AM | Impact Radio, Inc. | 50281 | Riverside | CA | 1/1/2010 | |
| KPRZ | AM | Salem Media Corporation | 54461 | San Marcos | CA | 1/1/2008 | |
| KPSM | FM | Living Word Church | 73699 | Brownwood | TX | 1/1/2008 | 2/29/2008 |
| KPSM | FM | BLM of Brownwood, Inc. | 73699 | Brownwood | TX | 1/1/2010 | |
| KPXI | FM | Salem Media Corporation | 29916 | Overton | TX | 1/1/2008 | 5/31/2009 |
| KPXQ | AM | Salem Media Corporation | 55912 | Glendale | AZ | 1/1/2008 | |
| KQCV | AM | Bott Radio Network | 6487 | Oklahoma City | OK | 1/1/2008 | |
| KQPN | AM | F.W. Robbert Broadcasting | 48749 | West Memphis | AR | 8/1/2010 | |
| KRCM | AM | Voice in the Wilderness Broadcastin | 14228 | Beaumont | TX | 1/1/2008 | 8/31/2011 |
| KRDY | AM | Salem Media Corporation | 26310 | San Antonio | TX | 2/1/2014 | |
| KRKS | AM | Salem Media Corporation | 58632 | Denver | CO | 1/1/2008 | |
| KRKS | FM | Salem Media Corporation | 58631 | Lafayette | CO | 1/1/2008 | |
| KRLA | AM | Salem Media Corporation | 61267 | Glendale | CA | 1/1/2008 | |
| KRTK | AM | KSPD Inc | 24627 | Chubbuck | ID | 10/1/2011 | |
| KRTY | FM | Empire Broadcasting Corp | 35569 | Los Gatos | CA | 1/1/2008 | |
| KRVA | AM | Mortenson Broadcasting Co. | 54730 | Cockrell Hill | TX | 1/1/2010 | 1/31/2012 |
| KRYP | FM | Salem Media Corporation | 82062 | Gladstone | OR | 1/1/2008 | |
| KSAC | FM | Salem Media Corporation | 51220 | Dunnigan | CA | 1/1/2010 | |
| KSCO | AM | Zwerling Broadcasting Systems | 41594 | Santa Cruz | CA | 1/1/2008 | |
| KSGL | AM | Agape Communications, Inc. | 610 | Wichita | KS | 1/1/2008 | |
| KSIV | AM | Bott Radio Network | 6499 | Clayton | MO | 1/1/2008 | |
| KSKY | AM | Salem Media Corporation | 6591 | Balch Springs | TX | 1/1/2008 | |
| KSLR | AM | Salem Media Corporation | 58634 | San Antonio | TX | 1/1/2008 | |
| KSPD | AM | KSPD Inc | 35627 | Boise | ID | 1/1/2008 | |
| KSPO | FM | Read Broadcasting Network | 31495 | Dishman | WA | 1/1/2010 | |
| KSTL | AM | Crawford Broadcasting Co. | 73300 | St. Louis | MO | 1/1/2008 | 5/31/2014 |
| KSUN | AM | Fiesta Radio Inc | 21430 | Phoenix | AZ | 1/1/2008 | |
| KTAC | FM | Read Broadcasting Network | 68158 | Ephrata | WA | 1/1/2010 | |
| KTBA | AM | Western Indian Ministries Inc. | 71794 | Tuba City | AZ | 1/1/2010 | |
| KTBI | AM | Read Broadcasting Network | 68159 | Ephrata | WA | 1/1/2010 | |
| KTEK | AM | Salem Media Corporation | 10827 | Alvin | TX | 1/1/2008 | 2/29/2008 |
| KTEK | AM | Salem Media Corporation | 10827 | Alvin | TX | 12/1/2011 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| KTIA | FM | Truth Broadcasting | 6417 | Boone | IA | 1/1/2010 | |
| KTIE | AM | Salem Media Corporation | 58808 | San Bernardino | CA | 1/1/2008 | |
| KTIP | AM | Stoneburner, Larry & Marilyn | 17388 | Porterville | CA | 1/1/2008 | |
| KTKZ | AM | Salem Media Corporation | 59599 | Sacramento | CA | 1/1/2008 | |
| KTLV | AM | First Choice Broadcasting | 21555 | Midwest City | OK | 1/1/2008 | |
| KTNO | AM | Mortenson Broadcasting Co. | 34562 | University Park | TX | 1/1/2010 | 12/31/2011 |
| KTNO | AM | Salem Media Corporation | 34562 | University Park | TX | 1/1/2012 | |
| KTRW | AM | Read Broadcasting Network | 13568 | Opportunity | WA | 1/1/2010 | |
| KUIK | AM | Dolphin Communications, Inc. | 17063 | Hillsboro | OR | 1/1/2008 | |
| KUTR | AM | Julie Epperson | 129372 | Taylorsville | UT | 1/1/2010 | 12/31/2010 |
| KUTR | AM | Truth Broadcasting | 129372 | Taylorsville | UT | 1/1/2011 | |
| KVOI | AM | Good News Communications, Inc. | 13969 | Cortaro | AZ | 1/1/2008 | |
| KWDF | AM | Wilkins Communications Network Inc. | 3641 | Ball | LA | 8/1/2008 | |
| KWIM | FM | Western Indian Ministries Inc. | 71795 | Window Rock | AZ | 1/1/2010 | |
| KWKY | AM | Putbrese Communications,Ltd. | 49099 | Des Moines | IA | 1/1/2008 | |
| KWRD | FM | Salem Media Corporation | 6560 | Highland Village | TX | 1/1/2008 | |
| KWVE | AM | Calvary Chapel of Costa Mesa, Inc. | 54760 | Oildale | CA | 10/1/2009 | |
| KWVE | FM | Calvary Chapel of Costa Mesa, Inc. | 8410 | San Clemente | CA | 1/1/2008 | |
| KWWJ | AM | Martin Broadcasting Inc. | 58724 | Baytown | TX | 1/1/2010 | |
| KXEN | AM | Radio Property Ventures | 54739 | St. Louis | MO | 1/1/2008 | |
| KXKS | AM | Wilkins Communications Network Inc. | 13789 | Albuquerque | NM | 1/1/2008 | |
| KXLE | AM | KXLE Inc | 35958 | Ellensburg | WA | 1/1/2008 | |
| KXMX | AM | Salem Media Corporation | 2194 | Paramount | CA | 1/1/2008 | 1/31/2011 |
| KXXT | AM | Salem Media Corporation | 54742 | Tolleson | AZ | 10/1/2014 | |
| KYAK | AM | Read Broadcasting Network | 36030 | Yakima | WA | 1/1/2010 | |
| KYCA | AM | Southwest Broadcasting Co. | 61433 | Prescott | AZ | 1/1/2010 | |
| KYCR | AM | Salem Media Corporation | 10828 | Golden Valley | MN | 1/1/2008 | |
| KYIX | FM | Butte Broadcasting Company Inc | 7914 | South Oroville | CA | 1/1/2008 | |
| KYKD | FM | Voice for Christ Ministries, Inc. | 70442 | Bethel | AK | 1/1/2008 | |
| KYTT | FM | Lighthouse Radio Corp. | 29596 | Coos Bay | OR | 1/1/2010 | |
| KZNT | AM | Salem Media Corporation | 70825 | Colorado Springs | CO | 1/1/2008 | |
| WABJ | AM | Friends Communications | 22648 | Adrian | MI | 1/1/2008 | |
| WACE | AM | Carter Broadcasting Corporation | 9194 | Chicopee | MA | 1/1/2010 | |
| WADV | AM | Wadv Radio, Inc. | 20401 | Lebanon | PA | 1/1/2010 | |
| WAEC | AM | Beasley Broadcast Group | 22132 | Atlanta | GA | 1/1/2010 | |
| WAFS | AM | Salem Media Corporation | 72111 | Atlanta | GA | 1/1/2008 | |
| WAIM | AM | Palmetto Broadcasting Corp | 51346 | Anderson | SC | 1/1/2010 | |
| WALO | AM | Ochoa Broadcasting Corporation | 50011 | Humacao | PR | 1/1/2008 | |
| WAMD | AM | Salem Media Corporation | 39550 | Aberdeen | MD | 3/1/2009 | 2/28/2011 |
| WAMN | AM | Baker Family Stations | 70851 | Green Valley | WV | 1/1/2008 | 11/30/2009 |
| WAMT | AM | Genesis Communications | 15877 | Pine Castle-sky Lake | FL | 1/1/2008 | |
| WARV | AM | Blount Communications Group | 5882 | Warwick | RI | 1/1/2008 | |
| WASG | AM | Wilkins Communications Network Inc. | 51141 | Atmore | AL | 11/1/2011 | |
| WATX | AM | JWC Broadcasting GP | 39797 | Algood | TN | 1/1/2008 | 1/31/2012 |
| WAUK | AM | Salem Media Corporation | 10824 | Jackson | WI | 1/1/2008 | 3/31/2008 |
| WAVA | AM | Salem Media Corporation | 54465 | Arlington | VA | 1/1/2008 | |
| WAVA | FM | Salem Media Corporation | 4644 | Arlington | VA | 1/1/2008 | |
| WAYE | AM | Richmond Broadcasting,Inc. | 5354 | Birmingham | AL | 11/1/2011 | |
| WBCI | FM | Blount Communications Group | 33288 | Bath | ME | 1/1/2008 | |
| WBCR | AM | Blount County Broadcasting | 5887 | Alcoa | TN | 1/1/2008 | |
| WBGS | AM | Baker Family Stations | 5284 | Point Pleasant | WV | 1/1/2008 | |
| WBGX | AM | Great Lakes Radio, Inc. | 40147 | Harvey | IL | 1/1/2008 | |
| WBHY | AM | Goforth Media Inc | 24453 | Mobile | AL | 1/1/2008 | |
| WBIX | AM | Salem Media Corporation | 48403 | Boston | MA | 10/1/2015 | |
| WBLA | AM | Christan Listening Network Inc | 59467 | Elizabethtown | NC | 1/1/2010 | 1/31/2013 |
| WBLA | AM | Baldwin Branch Missionary Baptist Church | 59467 | Elizabethtown | NC | 2/1/2013 | |
| WBLB | AM | WBLB Radio, Inc | 48921 | Pulaski | VA | 1/1/2008 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| WBOB | AM | Chesapeake-Portsmouth Bcg.Corp | 29736 | Jacksonville | FL | 1/1/2008 | 4/30/2010 |
| WBOB | AM | Chesapeake-Portsmouth Bcg.Corp | 53588 | Jacksonville | FL | 12/1/2010 | |
| WBOB | FM | Julie Epperson | 164202 | Enfield | NC | 1/1/2010 | 3/31/2011 |
| WBOB | FM | Truth Broadcasting | 164202 | Enfield | NC | 4/1/2011 | 4/30/2012 |
| WBOZ | FM | Salem Media Corporation | 15531 | Woodbury | TN | 1/1/2008 | |
| WBRG | AM | Tri-County Broadcasting Incorporate | 67704 | Lynchburg | VA | 1/1/2008 | |
| WBRI | AM | Wilkins Communications Network Inc. | 54706 | Indianapolis | IN | 1/1/2008 | |
| WBTX | AM | Massanutten Broadcasting Co. Inc. | 40649 | Broadway-timberville | VA | 1/1/2010 | |
| WBXR | AM | Wilkins Communications Network Inc. | 8999 | Hazel Green | AL | 1/1/2008 | |
| WBYG | FM | Baker Family Stations | 5283 | Point Pleasant | WV | 1/1/2008 | |
| WBYN | FM | Wdac Radio Company | 71310 | Boyertown | PA | 1/1/2010 | |
| WBZS | AM | Salem Media Corporation | 67578 | Pawtucket | RI | 3/1/2011 | 3/31/2012 |
| WBZW | AM | Salem Media Corporation | 1185 | Apopka | FL | 1/1/2008 | |
| WCAA | FM | New York Times Co | 29022 | New York | NY | 1/1/2008 | 9/30/2009 |
| WCBM | AM | Mangione Broadcasting | 4759 | Baltimore | MD | 1/1/2008 | |
| WCBR | AM | W.C.B.R. Radio, Inc. | 70617 | Richmond | KY | 1/1/2010 | |
| WCCC | AM | Marlin Broadcasting LLC | 25073 | West Hartford | CT | 1/1/2008 | 7/31/2014 |
| WCGL | AM | Jbd Communications Inc | 30609 | Jacksonville | FL | 1/1/2010 | |
| WCGW | AM | Christian Broadcasting Systems | 43865 | Nicholasville | KY | 1/1/2010 | |
| WCHP | AM | Butte Broadcasting Company Inc | 10130 | Champlain | NY | 1/1/2008 | |
| WCLN | FM | Christan Listening Network Inc | 11066 | Clinton | NC | 1/1/2010 | |
| WCLV | FM | RADIO SEAWAY, INC. | 70109 | Lorain | OH | 1/1/2008 | 12/31/2012 |
| WCMR | AM | Progressive Bcg. System, Inc. | 53650 | Elkhart | IN | 1/1/2010 | |
| WCPC | AM | Wilkins Communications Network Inc. | 71291 | Houston | MS | 1/1/2008 | |
| WCPK | AM | Chesapeake-Portsmouth Bcg.Corp | 64003 | Chesapeake | VA | 4/1/2015 | |
| WCRM | AM | Manna Christian Mission | 39798 | Fort Myers | FL | 1/1/2008 | 10/31/2008 |
| WCRN | AM | Carter Broadcasting Corporation | 9201 | Worcester | MA | 1/1/2008 | |
| WCRT | AM | Bott Radio Network | 25031 | Donelson | TN | 1/1/2008 | |
| WCRU | AM | Truth Broadcasting | 8503 | Dallas | NC | 1/1/2010 | |
| WCRV | AM | Bott Radio Network | 6486 | Collierville | TN | 1/1/2008 | |
| WCTL | FM | Inspiration Time | 28774 | Union City | PA | 1/1/2008 | |
| WCVG | AM | Great Lakes Radio, Inc. | 56220 | Covington | KY | 6/1/2010 | |
| WCVX | AM | Christian Broadcasting Systems | 35065 | Florence | KY | 1/1/2010 | |
| WDAC | FM | Wdac Radio Company | 71309 | Lancaster | PA | 1/1/2010 | |
| WDAY | AM | Forum Communications Co | 22126 | Fargo | ND | 1/1/2008 | |
| WDCD | AM | Crawford Broadcasting Co. | 833 | Albany | NY | 1/1/2008 | 1/31/2008 |
| WDCT | AM | Family Radio Ltd | 20668 | Fairfax | VA | 1/1/2008 | |
| WDCX | AM | Crawford Broadcasting Co. | 1906 | Rochester | NY | 1/1/2008 | |
| WDCX | FM | Crawford Broadcasting Co. | 34820 | Buffalo | NY | 1/1/2008 | |
| WDCZ | AM | Crawford Broadcasting Co. | 27668 | Buffalo | NY | 12/1/2012 | |
| WDER | AM | Blount Communications Group | 61615 | Derry | NH | 1/1/2008 | |
| WDER | FM | Blount Communications Group | 52399 | Peterborough | NH | 8/1/2012 | |
| WDFB | AM | Alum Springs Vision & Outreach | 1197 | Junction City | KY | 1/1/2010 | |
| WDJC | FM | Crawford Broadcasting Co. | 34819 | Birmingham | AL | 1/1/2010 | |
| WDRU | AM | Truth Broadcasting | 53104 | Wake Forest | NC | 1/1/2008 | |
| WDTK | AM | Salem Media Corporation | 68641 | Detroit | MI | 1/1/2008 | |
| WDWD | AM | Salem Media Corporation | 8623 | Atlanta | GA | 5/1/2015 | |
| WDYZ | AM | Salem Media Corporation | 23442 | Orlando | FL | 4/1/2015 | |
| WDZY | AM | Wilkins Communications Network Inc. | 21723 | Colonial Heights | VA | 1/1/2014 | |
| WEBJ | AM | Brewton Broadcasting Inc | 19823 | Brewton | AL | 1/1/2008 | |
| WECK | AM | Culver Communications | 1914 | Cheektowaga | NY | 2/1/2008 | |
| WEDJ | FM | Continental Broadcast Group LLC | 13794 | Danville | IN | 1/1/2008 | |
| WEGO | AM | Truth Broadcasting | 40996 | Winston-salem | NC | 1/1/2010 | 8/31/2010 |
| WEGO | AM | Truth Broadcasting | 40996 | Winston-salem | NC | 1/1/2013 | |
| WEIC | AM | Miller Group | 12485 | Charleston | IL | 10/1/2011 | 12/31/2013 |
| WEJS | AM | Covenant Broadcasting Company | 14223 | Jersey Shore | PA | 1/1/2008 | 12/31/2013 |
| WEKT | AM | M & R Broadcasting Inc | 39460 | Elkton | KY | 1/1/2010 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| WELP | AM | Wilkins Communications Network Inc. | 27423 | Easley | SC | 1/1/2008 | |
| WEMM | FM | Mortenson Broadcasting Co. | 43860 | Huntington | WV | 1/1/2010 | |
| WESY | AM | East Delta Communications Inc. | 18211 | Leland | MS | 1/1/2010 | |
| WETR | AM | Tom Moffit | 65205 | Knoxville | TN | 1/1/2008 | |
| WEXL | AM | Crawford Broadcasting Co. | 61679 | Royal Oak | MI | 1/1/2010 | |
| WEZE | AM | Salem Media Corporation | 3594 | Boston | MA | 1/1/2008 | |
| WFAM | AM | Wilkins Communications Network Inc. | 20595 | Augusta | GA | 1/1/2008 | |
| WFAX | AM | Newcomb Broadcasting | 48732 | Falls Church | VA | 1/1/2008 | |
| WFCA | FM | French Camp Academy Radio Inc | 22628 | Ackerman | MS | 1/1/2008 | |
| WFCC | FM | Charles River Broadcasting | 17066 | Chatham | MA | 1/1/2008 | 1/31/2008 |
| WFCJ | FM | Miami Valley Christian Broadcasting | 41457 | Miamisburg | OH | 1/1/2008 | |
| WFCV | AM | Bott Radio Network | 6489 | Fort Wayne | IN | 1/1/2008 | |
| WFCV | FM | Bott Radio Network | 71464 | Bluffton | IN | 9/1/2011 | |
| WFFG | AM | Great Marathon Radio Co | 65664 | Marathon | FL | 1/1/2008 | |
| WFFH | FM | Salem Media Corporation | 68347 | Smyrna | TN | 1/1/2010 | |
| WFFI | FM | Salem Media Corporation | 18714 | Kingston Springs | TN | 1/1/2010 | |
| WFGW | FM | Billy Graham Evangelistic Associati | 76263 | Norris | TN | 3/1/2012 | |
| WFHM | FM | Salem Media Corporation | 54778 | Cleveland | OH | 1/1/2010 | |
| WFIA | AM | Salem Media Corporation | 55504 | Indian Hills | KY | 1/1/2008 | |
| WFIA | FM | Salem Media Corporation | 48371 | New Albany | IN | 1/1/2008 | |
| WFIF | AM | Blount Communications Group | 33246 | Milford | CT | 1/1/2008 | |
| WFIL | AM | Salem Media Corporation | 52193 | Philadelphia | PA | 1/1/2008 | |
| WFMO | AM | Truth Broadcasting | 53609 | Fairmont | NC | 4/1/2015 | |
| WFMT | FM | Window to the World Comm Inc | 10801 | Chicago | IL | 1/1/2008 | |
| WFRI | FM | Progressive Bcg. System, Inc. | 53645 | Winamac | IN | 1/1/2010 | |
| WFRN | FM | Progressive Bcg. System, Inc. | 53639 | Elkhart | IN | 1/1/2010 | |
| WFRR | FM | Christian Friends Bcg. Inc. | 11041 | Walton | IN | 1/1/2010 | |
| WFSH | FM | Salem Media Corporation | 56390 | Athens | GA | 1/1/2008 | |
| WGAS | AM | Victory Christian Center Inc | 39515 | South Gastonia | NC | 1/1/2008 | |
| WGBW | AM | WTRW Inc | 74127 | Two Rivers | WI | 1/1/2008 | |
| WGCL | AM | Sarkes Tarzian Inc. | 59131 | Bloomington | IN | 1/1/2008 | |
| WGGN | FM | Christian Faith Broadcasting | 11028 | Castalia | OH | 1/1/2010 | |
| WGKA | AM | Salem Media Corporation | 65976 | Atlanta | GA | 1/1/2008 | |
| WGMA | AM | Moonglow Broadcasting, Inc. | 43713 | Spindale | NC | 1/1/2010 | 9/30/2012 |
| WGMD | FM | Resort Broadcasting Co | 55906 | Rehoboth Beach | DE | 1/1/2008 | |
| WGNU | AM | Radio Property Ventures | 49042 | Granite City | IL | 1/1/2008 | |
| WGQR | FM | Christan Listening Network Inc | 60881 | Elizabethtown | NC | 1/1/2010 | |
| WGRI | AM | Christian Broadcasting Systems | 25525 | Cincinnati | OH | 1/1/2010 | |
| WGTI | FM | Lifeline Ministries Inc | 173 | Windsor | NC | 1/1/2010 | 11/30/2011 |
| WGTK | AM | Salem Media Corporation | 63936 | Louisville | KY | 1/1/2008 | |
| WGTK | FM | Salem Media Corporation | 73296 | Greenville | SC | 1/1/2013 | |
| WGUL | AM | Salem Media Corporation | 1177 | Dunedin | FL | 1/1/2008 | |
| WHBK | AM | Southern Broadcasting Inc (NC) | 61264 | Marshall | NC | 1/1/2008 | 4/30/2010 |
| WHBK | AM | Seay Broadcasting, Inc. | 61264 | Marshall | NC | 5/1/2010 | |
| WHBO | AM | Genesis Communications | 41383 | Pinellas Park | FL | 1/1/2008 | |
| WHIM | AM | Salem Media Corporation | 74165 | Coral Gables | FL | 4/1/2008 | |
| WHIT | AM | Mid-West Management, Inc. | 19622 | Madison | WI | 1/1/2008 | |
| WHK | AM | Salem Media Corporation | 72299 | Cleveland | OH | 1/1/2008 | |
| WHKT | AM | Chesapeake-Portsmouth Bcg.Corp | 87170 | Portsmouth | VA | 5/1/2010 | |
| WHKW | AM | Salem Media Corporation | 14772 | Cleveland | OH | 1/1/2008 | |
| WHKZ | AM | Salem Media Corporation | 57235 | Warren | OH | 1/1/2008 | |
| WHME | FM | LeSEA Broadcasting Corp. | 37149 | South Bend | IN | 1/1/2010 | |
| WHOO | AM | Genesis Communications | 54573 | Kissimmee | FL | 1/1/2008 | |
| WIAM | AM | Lifeline Ministries Inc | 37450 | Williamston | NC | 1/1/2010 | |
| WIBT | FM | Elijah Mondy Jr | 43459 | Greenville | MS | 1/1/2010 | |
| WIBW | AM | MCC Radio, LLC | 63169 | Topeka | KS | 1/1/2008 | |
| WIDS | AM | Hammond Broadcasting Inc | 37447 | Russell Springs | KY | 1/1/2008 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| WIGN | AM | Sunshine Broadcasters Inc | 63979 | Bristol | TN | 1/1/2008 | 3/31/2011 |
| WIJD | AM | Wilkins Communications Network Inc. | 53144 | Prichard | AL | 1/1/2008 | |
| WIMG | AM | Morris Broadcasting Company | 14635 | Ewing | NJ | 1/1/2008 | |
| WIND | AM | Salem Media Corporation | 67068 | Chicago | IL | 1/1/2008 | |
| WIOK | FM | Hammond Broadcasting Inc | 1298 | Falmouth | KY | 1/1/2008 | |
| WITA | AM | F.W. Robbert Broadcasting | 73076 | Knoxville | TN | 1/1/2008 | |
| WITK | AM | Wilkins Communications Network Inc. | 70868 | Pittston | PA | 1/1/2008 | |
| WIXC | AM | Genesis Communications | 54505 | Titusville | FL | 1/1/2008 | |
| WJBZ | FM | Seymour Comms | 59808 | Seymour | TN | 1/1/2010 | |
| WJCV | AM | Down East Broadcasting Co Inc | 8183 | Jacksonville | NC | 1/1/2008 | |
| WJIV | FM | Christian Broadcasting Systems | 73138 | Cherry Valley | NY | 1/1/2010 | |
| WJJO | FM | Mid-West Management, Inc. | 73142 | Watertown | WI | 1/1/2008 | |
| WJKW | FM | Christian Faith Broadcasting | 11035 | Athens | OH | 1/1/2010 | |
| WJLD | AM | Richardson Broadcasting Corporation | 56299 | Fairfield | AL | 1/1/2008 | |
| WJMD | FM | Hazard BCG Services | 26496 | Hazard | KY | 1/1/2010 | |
| WJMM | FM | Christian Broadcasting Systems | 22085 | Keene | KY | 1/1/2010 | |
| WJSA | FM | Covenant Broadcasting Company | 33085 | Jersey Shore | PA | 1/1/2008 | |
| WKAT | AM | Salem Media Corporation | 27713 | North Miami | FL | 1/1/2008 | |
| WKBA | AM | Moran, David H. | 67180 | Vinton | VA | 1/1/2010 | |
| WKDI | AM | Baker Family Stations | 4131 | Denton | MD | 1/1/2008 | |
| WKEI | AM | Virden Broadcasting Corp. | 70276 | Kewanee | IL | 1/1/2008 | |
| WKEW | AM | Truth Broadcasting | 73156 | Greensboro | NC | 1/1/2008 | |
| WKGM | AM | Baker Family Stations | 73160 | Smithfield | VA | 1/1/2008 | |
| WKPA | AM | Moran, David H. | 59709 | Lynchburg | VA | 1/1/2010 | |
| WKQA | AM | BOOTH - COBB MEDIA, LLC | 29597 | Norfolk | VA | 7/1/2014 | |
| WKRA | AM | Autry, Billy | 5333 | Holly Springs | MS | 1/1/2008 | |
| WKRA | FM | Autry, Billy | 5334 | Holly Springs | MS | 1/1/2008 | |
| WKTR | AM | Baker Family Stations | 73191 | Earlysville | VA | 1/1/2008 | |
| WKTX | AM | Kossanyi Family | 42365 | Cortland | OH | 1/1/2008 | |
| WKVG | AM | Martins & Assoc Inc | 40502 | Jenkins | KY | 1/1/2008 | |
| WKWL | AM | Robert John Williamson | 21743 | Florala | AL | 1/1/2008 | |
| WLCC | AM | Salem Media Corporation | 71212 | Brandon | FL | 8/1/2012 | |
| WLCM | AM | Christian Broadcasting Systems | 42076 | Charlotte | MI | 1/1/2010 | |
| WLEO | AM | Uno Radio Group | 52943 | Ponce | PR | 1/1/2008 | |
| WLES | AM | Chesapeake-Portsmouth Bcg.Corp | 72504 | Lawrenceville | VA | 1/1/2010 | |
| WLGZ | FM | Crawford Broadcasting Co. | 34818 | Webster | NY | 1/1/2008 | 11/30/2009 |
| WLIH | FM | Good Christian Radio Inc | 24576 | Whitneyville | PA | 1/1/2010 | |
| WLKX | FM | LAKES BROADCASTING CO INC | 36404 | Forest Lake | MN | 1/1/2008 | |
| WLMR | AM | Wilkins Communications Network Inc. | 24721 | Chattanooga | TN | 1/1/2008 | |
| WLMV | AM | Mid-West Management, Inc. | 41901 | Madison | WI | 1/1/2008 | |
| WLNL | AM | Trinity Media Ltd | 37481 | Horseheads | NY | 1/1/2008 | |
| WLOK | AM | Gilliam Communications, Inc. | 24214 | Memphis | TN | 1/1/2010 | |
| WLPR | AM | Goforth Media Inc | 24454 | Prichard | AL | 1/1/2008 | |
| WLQV | AM | Salem Media Corporation | 42081 | Detroit | MI | 1/1/2008 | |
| WLRD | FM | Christian Faith Broadcasting | 81963 | Willard | OH | 1/1/2010 | |
| WLRM | AM | F.W. Robbert Broadcasting | 15670 | Millington | TN | 1/1/2010 | |
| WLRT | AM | Christian Broadcasting Systems | 36525 | Nicholasville | KY | 1/1/2010 | |
| WLSG | AM | Carolina Christian Radio | 58364 | Wilmington | NC | 1/1/2010 | 11/30/2011 |
| WLSS | AM | Salem Media Corporation | 59126 | Sarasota | FL | 1/1/2008 | |
| WLTA | AM | Salem Media Corporation | 42660 | Alpharetta | GA | 1/1/2008 | |
| WLTE | FM | Salem Media Corporation | 170949 | Pendleton | SC | 4/1/2015 | |
| WLTG | AM | Hour Group Broadcasting Inc | 27694 | Panama City | FL | 1/1/2008 | |
| WLTK | FM | Massanutten Broadcasting Co. Inc. | 12600 | New Market | VA | 1/1/2008 | 1/31/2010 |
| WLTT | AM | Carolina Christian Radio | 25586 | Wilmington | NC | 10/1/2014 | |
| WLVA | AM | Chesapeake-Portsmouth Bcg.Corp | 39579 | Lynchburg | VA | 1/1/2009 | 1/31/2014 |
| WLVA | AM | Tri-County Broadcasting Incorporate | 39579 | Lynchburg | VA | 2/1/2014 | |
| WLVL | AM | Culver Communications | 14714 | Lockport | NY | 1/1/2008 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| WLXN | AM | Davidson County Broadcasting | 15838 | Lexington | NC | 1/1/2008 | |
| WLYT | AM | Billy Graham Evangelistic Associati | 5972 | Black Mountain | NC | 1/1/2008 | 7/31/2013 |
| WMCA | AM | Salem Media Corporation | 58626 | New York | NY | 1/1/2008 | |
| WMGG | AM | Genesis Communications | 67135 | Dunedin | FL | 1/1/2008 | |
| WMGN | FM | Mid-West Management, Inc. | 41900 | Madison | WI | 1/1/2008 | |
| WMIK | AM | Gateway Broadcasting Inc. | 23335 | Middlesboro | KY | 1/1/2008 | |
| WMIK | FM | Gateway Broadcasting Inc. | 14731 | Middlesboro | KY | 1/1/2008 | |
| WMIT | FM | Billy Graham Evangelistic Associati | 5970 | Black Mountain | NC | 1/1/2008 | |
| WMKM | AM | Great Lakes Radio, Inc. | 24966 | Inkster | MI | 10/1/2014 | |
| WMOX | AM | Magnolia State Broadcasting | 7073 | Meridian | MS | 1/1/2008 | |
| WMQM | AM | F.W. Robbert Broadcasting | 42369 | Lakeland | TN | 1/1/2008 | |
| WMUU | FM | WMUU Inc | 73296 | Greenville | SC | 1/1/2008 | 12/31/2012 |
| WMUV | FM | Chesapeake-Portsmouth Bcg.Corp | 48243 | Brunswick | GA | 1/1/2015 | |
| WMUX | AM | Baker Family Stations | 42653 | Hurricane | WV | 1/1/2008 | 2/29/2012 |
| WMUZ | FM | Crawford Broadcasting Co. | 73298 | Detroit | MI | 1/1/2010 | |
| WMVR | FM | Dean Miller Broadcasting Co | 15998 | Sidney | OH | 1/1/2008 | |
| WMYT | FM | Carolina Christian Radio | 34006 | Carolina Beach | NC | 1/1/2011 | |
| WNEB | AM | Blount Communications Group | 249 | Worcester | MA | 1/1/2008 | 12/31/2010 |
| WNIV | AM | Salem Media Corporation | 23607 | Atlanta | GA | 1/1/2008 | |
| WNOS | AM | Ctc, Media Group, Inc. | 54363 | New Bern | NC | 1/1/2010 | |
| WNQM | AM | F.W. Robbert Broadcasting | 73349 | Nashville | TN | 1/1/2008 | |
| WNTP | AM | Salem Media Corporation | 52194 | Philadelphia | PA | 1/1/2008 | |
| WNTW | AM | Delmarva Educational Association | 27440 | Chester | VA | 1/1/2015 | |
| WNVY | AM | Wilkins Communications Network Inc. | 4130 | Cantonment | FL | 1/1/2008 | |
| WNYM | AM | Salem Media Corporation | 58635 | Hackensack | NJ | 1/1/2008 | |
| WOAY | AM | Tom Moffit | 12550 | Oak Hill | WV | 1/1/2008 | 12/31/2010 |
| WOAY | AM | Foothills Broadcasting Inc | 12550 | Oak Hill | WV | 1/1/2011 | |
| WOCN | AM | Salem Media Corporation | 43034 | Miami | FL | 6/1/2014 | |
| WODY | AM | Baker Family Stations | 69983 | Fieldale | VA | 1/1/2010 | |
| WOGO | AM | Stewards Of Sound Inc | 63427 | Hallie | WI | 1/1/2010 | |
| WOGR | AM | Victory Christian Center Inc | 70092 | Charlotte | NC | 1/1/2008 | |
| WOGR | FM | Victory Christian Center Inc | 48451 | Salisbury | NC | 1/1/2008 | |
| WONQ | AM | Q Broadcasting Corporation Inc | 21760 | Oviedo | FL | 1/1/2008 | |
| WORD | FM | Salem Media Corporation | 58627 | Pittsburgh | PA | 1/1/2008 | |
| WORL | AM | Salem Media Corporation | 21810 | Altamonte Springs | FL | 1/1/2008 | |
| WOSW | AM | Craig Fox | 52370 | Fulton | NY | 1/1/2008 | |
| WOTR | FM | Allman, James W. | 1103 | Lost Creek | WV | 1/1/2008 | 3/31/2009 |
| WOZN | AM | Mid-West Management, Inc. | 87154 | Madison | WI | 1/1/2008 | |
| WPEO | AM | Pinebrook Foundation Inc | 52641 | Peoria | IL | 1/1/2008 | 3/31/2012 |
| WPEO | AM | WPEO Radio Foundation | 52641 | Peoria | IL | 4/1/2012 | |
| WPGP | AM | Salem Media Corporation | 65691 | Pittsburgh | PA | 5/1/2015 | |
| WPHE | AM | Radio Salvacion Inc | 58738 | Phoenixville | PA | 1/1/2008 | |
| WPIT | AM | Salem Media Corporation | 58624 | Pittsburgh | PA | 1/1/2008 | |
| WPJF | AM | WMUU Inc | 73297 | Greenville | SC | 1/1/2008 | 4/30/2008 |
| WPJL | AM | Suttles, William/WPJL Inc | 73884 | Raleigh | NC | 1/1/2008 | |
| WPMH | AM | Chesapeake-Portsmouth Bcg.Corp | 10759 | Portsmouth | VA | 5/1/2010 | |
| WPOL | AM | Truth Broadcasting | 72970 | Winston-salem | NC | 1/1/2008 | |
| WPSP | AM | Q Broadcasting Corporation Inc | 23822 | Royal Palm Beach | FL | 1/1/2008 | |
| WPTR | FM | Crawford Broadcasting Co. | 30571 | Clifton Park | NY | 1/1/2008 | 1/31/2008 |
| WPWX | FM | Crawford Broadcasting Co. | 17304 | Hammond | IN | 1/1/2008 | |
| WQLL | AM | M-10 Broadcasting, Inc. | 27691 | Pikesville | MD | 1/1/2010 | |
| WRAN | FM | Miller Group | 79008 | Taylorville | IL | 1/1/2008 | |
| WRBS | AM | Peter & John Radio Fellowship Inc | 25527 | Baltimore | MD | 1/1/2008 | |
| WRBS | FM | Peter & John Radio Fellowship Inc | 52353 | Baltimore | MD | 1/1/2008 | |
| WRCW | AM | Salem Media Corporation | 53368 | Warrenton | VA | 4/1/2012 | |
| WRDT | AM | Crawford Broadcasting Co. | 25083 | Monroe | MI | 1/1/2008 | |
| WRFD | AM | Salem Media Corporation | 58630 | Columbus-worthington | OH | 1/1/2008 | |

8

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| WRJR | AM | Chesapeake-Portsmouth Bcg.Corp | 68741 | Claremont | VA | 1/1/2008 | 9/30/2012 |
| WRJZ | AM | Tom Moffit | 65209 | Knoxville | TN | 1/1/2008 | |
| WRKB | AM | Ford Broadcasting Incorporated | 22029 | Kannapolis | NC | 1/1/2008 | |
| WRMQ | AM | Q Broadcasting Corporation Inc | 21759 | Goldenrod | FL | 1/1/2008 | |
| WRNA | AM | Ford Broadcasting Incorporated | 61153 | China Grove | NC | 1/1/2008 | |
| WROL | AM | Salem Media Corporation | 9139 | Boston | MA | 1/1/2008 | |
| WROS | AM | Rose Of Jacksonville | 66333 | Jacksonville | FL | 1/1/2010 | |
| WRR | FM | City of Dallas | 11451 | Dallas | TX | 1/1/2008 | |
| WRTH | FM | Salem Media Corporation | 73241 | Greer | SC | 5/1/2014 | |
| WRVI | FM | Salem Media Corporation | 50764 | Valley Station | KY | 1/1/2008 | 11/30/2008 |
| WSBB | AM | Gore-Overgaard Broadcasting | 64368 | New Smyrna Beach | FL | 1/1/2008 | 2/29/2008 |
| WSDK | AM | Blount Communications Group | 37804 | Bloomfield | CT | 2/1/2011 | |
| WSHO | AM | Shadowlands Communications L | 9235 | New Orleans | LA | 1/1/2010 | |
| WSIV | AM | Craig Fox | 22133 | E. Syracuse | NY | 1/1/2008 | |
| WSKY | AM | Wilkins Communications Network Inc. | 56521 | Asheville | NC | 1/1/2008 | |
| WSLM | AM | Martin, Don H. | 17153 | Salem | IN | 1/1/2008 | |
| WSLM | FM | White, Rebecca | 55319 | Salem | IN | 1/1/2008 | |
| WSMX | AM | Truth Broadcasting | 24682 | Winston-salem | NC | 1/1/2010 | |
| WSNL | AM | Christian Broadcasting Systems | 42078 | Flint | MI | 1/1/2010 | |
| WSOS | FM | Chesapeake-Portsmouth Bcg.Corp | 74071 | Winston-salem | NC | 1/1/2015 | |
| WSRB | FM | Crawford Broadcasting Co. | 6590 | Lansing | IL | 1/1/2008 | |
| WSTS | FM | Truth Broadcasting | 53608 | Fairmont | NC | 4/1/2015 | |
| WSVZ | FM | Miller Group | 78691 | Tower Hill | IL | 1/1/2008 | |
| WSYW | AM | Continental Broadcast Group LLC | 13795 | Indianapolis | IN | 1/1/2008 | |
| WTBI | AM | Tabernacle Christian Schools | 64497 | Greenville | SC | 1/1/2010 | |
| WTBN | AM | Salem Media Corporation | 51985 | Pinellas Park | FL | 1/1/2008 | |
| WTGR | FM | Baker Family Stations | 15169 | Union City | OH | 1/1/2008 | |
| WTIM | AM | Kaskaskia Broadcasting, Inc. | 73996 | Shelbyville | IL | 5/1/2014 | |
| WTIS | AM | Westshore Broadcasting Inc | 74088 | Tampa | FL | 1/1/2008 | |
| WTJZ | AM | Chesapeake-Portsmouth Bcg.Corp | 3533 | Newport News | VA | 1/1/2008 | |
| WTKD | AM | Wabb Fm Inc. | 70656 | Mobile | AL | 1/1/2008 | 7/31/2014 |
| WTLN | AM | Salem Media Corporation | 48731 | Orlando | FL | 1/1/2008 | |
| WTMR | AM | Beasley Broadcast Group | 24658 | Camden | NJ | 1/1/2010 | |
| WTOH | FM | Salem Media Corporation | 73972 | Upper Arlington | OH | 3/1/2013 | |
| WTPL | FM | Great Eastern Radio LLC | 54910 | Hillsboro | NH | 1/1/2008 | |
| WTRU | AM | Truth Broadcasting | 63478 | Kernersville | NC | 1/1/2008 | |
| WTWD | AM | Salem Media Corporation | 26145 | Plant City | FL | 1/1/2008 | |
| WUIN | AM | Carolina Christian Radio | 25586 | Carolina Beach | NC | 1/1/2010 | 12/31/2010 |
| WULR | AM | Truth Broadcasting | 74380 | York | SC | 10/1/2010 | 12/31/2012 |
| WURL | AM | Bill Davison Evang Assoc In | 65459 | Moody | AL | 1/1/2010 | |
| WVCH | AM | Tom Moffit | 74166 | Chester | PA | 1/1/2010 | |
| WVGB | AM | Vivian Broadcasting Corp | 70408 | Beaufort | SC | 1/1/2010 | 11/30/2011 |
| WVNE | AM | Blount Communications Group | 5890 | Leicester | MA | 1/1/2008 | |
| WVOG | AM | F.W. Robbert Broadcasting | 20415 | New Orleans | LA | 1/1/2008 | |
| WVTJ | AM | Wilkins Communications Network Inc. | 9319 | Pensacola | FL | 1/1/2008 | |
| WWBA | AM | Genesis Communications | 51971 | Largo | FL | 1/1/2009 | |
| WWDJ | AM | Salem Media Corporation | 25051 | Boston | MA | 1/1/2008 | |
| WWIB | FM | Stewards Of Sound Inc | 63428 | Hallie | WI | 1/1/2010 | |
| WWIL | AM | Carolina Christian Radio | 20662 | Wilmington | NC | 1/1/2010 | |
| WWLV | FM | Davidson County Broadcasting | 15839 | Lexington | NC | 1/1/2008 | 1/31/2014 |
| WWNB | AM | Ctc, Media Group, Inc. | 14672 | New Bern | NC | 1/1/2010 | |
| WWNL | AM | Wilkins Communications Network Inc. | 18517 | Pittsburgh | PA | 1/1/2008 | |
| WWOL | AM | Holly Springs Baptist | 27479 | Forest City | NC | 1/1/2008 | |
| WWQM | FM | Mid-West Management, Inc. | 19623 | Middleton | WI | 1/1/2008 | |
| WWRC | AM | Salem Media Corporation | 8681 | Washington | DC | 8/1/2010 | |
| WWTC | AM | Salem Media Corporation | 9676 | Minneapolis | MN | 1/1/2008 | |
| WWWE | AM | Beasley Broadcast Group | 71603 | Hapeville | GA | 1/1/2010 | |

LIST OF NRBMLC BOUND STATIONS AS OF DECEMBER 15, 2015

| Call Letter | Band | CurrentOwnName | FCCID | FCC City | FCC State | Effective Start Date | Effective End Date |
|---|---|---|---|---|---|---|---|
| WXAN | FM | Lawder, Harold L | 26173 | Ava | IL | 1/1/2008 | |
| WXJC | AM | Crawford Broadcasting Co. | 74245 | Birmingham | AL | 1/1/2008 | |
| WXJC | FM | Crawford Broadcasting Co. | 77749 | Cordova | AL | 1/1/2008 | |
| WXLZ | AM | Yeary Broadcasting Inc | 74348 | St. Paul | VA | 1/1/2008 | |
| WXLZ | FM | Yeary Broadcasting Inc | 74349 | Lebanon | VA | 1/1/2008 | |
| WXRQ | AM | New Life Broadcasting Inc | 48497 | Mount Pleasant | TN | 1/1/2010 | |
| WYCA | FM | Crawford Broadcasting Co. | 73700 | Crete | IL | 1/1/2010 | |
| WYCV | AM | Freedom Broadcasting Corp | 22552 | Granite Falls | NC | 1/1/2008 | |
| WYDE | AM | Crawford Broadcasting Co. | 34822 | Birmingham | AL | 1/1/2008 | |
| WYDE | FM | Crawford Broadcasting Co. | 70452 | Cullman | AL | 1/1/2008 | |
| WYGE | FM | Huff, Ethel | 19794 | London | KY | 1/1/2008 | |
| WYGH | AM | Hammond Broadcasting Inc | 25901 | Paris | KY | 1/1/2008 | |
| WYHY | AM | Baker Family Stations | 73185 | Cannonsburg | KY | 1/1/2008 | 9/30/2014 |
| WYLL | AM | Salem Media Corporation | 28630 | Chicago | IL | 1/1/2008 | |
| WYRB | FM | Crawford Broadcasting Co. | 21202 | Genoa | IL | 1/1/2008 | |
| WYSL | AM | Radio Livingston Ltd | 54665 | Avon | NY | 1/1/2008 | |
| WYYC | AM | Wilkins Communications Network Inc. | 52172 | York | PA | 1/1/2008 | |
| WZAB | AM | Florida City Radio | 21763 | Sweetwater | FL | 10/1/2008 | 7/31/2009 |
| WZAB | AM | Salem Media Corporation | 21763 | Sweetwater | FL | 8/1/2009 | |
| WZAP | AM | RAM Communications Inc | 55004 | Bristol | VA | 1/1/2008 | |
| WZAR | FM | Uno Radio Group | 52946 | Ponce | PR | 1/1/2008 | |
| WZCT | AM | Bonner-Carlile Enterprises | 6357 | Scottsboro | AL | 1/1/2008 | |
| WZEZ | FM | Delmarva Educational Association | 87127 | Goochland | VA | 1/1/2015 | |
| WZNZ | AM | Chesapeake-Portsmouth Bcg.Corp | 51976 | Jacksonville | FL | 1/1/2008 | 6/30/2008 |
| WZPS | AM | Mortenson Broadcasting Co. | 61277 | Huntington | WV | 1/1/2010 | |